IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROLE L. CRIM** | **CIVIL ACTION NO. 08-01681** |
| Plaintiff, | |
| | Judge Gary L. Lancaster |
| v. | |
| **BAYADA NURSES INC.** | |
| | Electronically Filed |
| Defendant. | |

## STIPULATION OF DISMISSAL

Please dismiss the above captioned case with prejudice.

Respectfully Submitted,

/s/ David F. Weiner
David F. Weiner, Esq.
Attorney for Plaintiff
PA ID #18808
U.S. Steel Tower
600 Grant St., Ste 660
Pittsburgh, PA 15219
e-mail dfweiner@prosuites.com
Phone: 412-391-2857
Fax: 412-261-2760

SO ORDERED, this 18th day of June, 2009.

_____
Hon. Gary L. Lancaster, U.S. District Judge